AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN               DISTRICT OF               CALIFORNIA

**APPEARANCE**

Case Number:  08mj1856

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HASSAN SHIRANI

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/19/2008 | /s/  KASHA K. POLLREISZ |
| Date | Signature |
| | Kasha K. Pollreisz-Federal Defenders of SD     204148 |
| | Print Name                                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City              State              Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number                         Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1856 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| HASSAN SHIRANI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated: June 19, 2008                                     /s/ Kasha K. Pollreisz
                                                                        KASHA K. POLLREISZ
                                                                        Federal Defenders
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        kasha_pollreisz@fd.org