UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr2386-02 JM |
| Plaintiff, | ) ) | |
| v. | ) | ORDER CONTINUING SENTENCING HEARING |
| HASSAN SHIRANI, | ) ) | |
| Defendants. | ) ) | |

Upon the joint motion of the parties (Docket No. 40) and for good cause shown, the Sentencing Hearing currently scheduled before Judge Miller on December 12, 2008 is hereby continued to *January 30, 2009 at 9:00 a.m.*

IT IS SO ORDERED.

DATED: December 10, 2008

Hon. Jeffrey T. Miller
United States District Judge