# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
        vs )
Hassan Shirani (2) )
)

CASE NUMBER  08CR2386-JM

ABSTRACT OF ORDER

Booking No.  10008298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  December 18, 2009
the Court entered the following order:

- ☑ Defendant be released from custody.
- ☐ Defendant placed on supervised / unsupervised probation / supervised release.
- ☐ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ☐ Defendant released on $_____ bond posted.
- ☐ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ☐ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ☑ Defendant sentenced to TIME SERVED, supervised release for __3__ years.
- ☐ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ☐ Bench Warrant Recalled.
- ☐ Defendant forfeited collateral.
- ☐ Case Dismissed.
- ☐ Defendant to be released to Pretrial Services for electronic monitoring.
- ☐ Other._____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
        Deputy Clerk

Crim-9  (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY

Laura Barkins